PS 42
(Rev. 7/93)

# United States District Court
## Eastern District of Arkansas


FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
APR 19 2017
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

United States of America )
)
vs. )
)
Dariyale Downey )  Case No.  0860 4:17CR00005

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Dariyale Downey__, have discussed with __Alison Scifres__, Pretrial Services/Probation Officer, modifications of my release conditions as follows:

Removal of condition requiring a third party custodian.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  4/10/17        _____  4/18/2017
Signature of Defendant    Date           Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                   4-18-17
Signature of Defense Counsel              Date

The Assistant U.S. Attorney ☒ does ☐ does not concur with this modification.
☒ The above modification of conditions of release is ordered, to be effective on  4/19/17.
☐ The above modification of conditions of release is *not* ordered.

_____                   4/19/17
Signature of Judicial Officer             Date